Vincent J. Marella - State Bar No. 57702
 vjm@birdmarella.com
Jennifer S. Chang - State Bar No. 246611
 jsc@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
 NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for David Bergstein, Sara
Bergstein, and Graybox, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CAPCO GROUP, LLC,<br><br>Debtor. | Bk. No. 2:10-bk-19929-BR<br><br>CHAPTER 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EMERGENCY MOTION FOR RECONSIDERATION AND STAY OF APRIL 11, 2011 ORDER DIRECTING CLERK OF COURT TO (1) UNSEAL THE "REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE" FILED ON APRIL 5, 2011 AND ALL EXHIBITS FILED IN SUPPORT OF THE TRUSTEE'S REPORT; AND (2) ENTER THE TRUSTEE'S REPORT AND RELATED EXHIBITS ON THE DOCKET**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 1668<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

299852.1

1    Non-Parties David Bergstein, Sara Bergstein, and Graybox LLC (collectively, the
2  "Bergsteins"), by and through their counsel of record, in support of their Emergency
3  Motion for Reconsideration and Stay of April 11, 2011 Order Directing the Clerk of Court
4  to (1) Unseal the "Report of Investigation by Chapter 11 Trustee " Filed on April 5, 2011
5  and All Exhibits Filed In Support of the Trustee's Report; and (2) Enter the Trustee's
6  Report and Related Exhibits on the Docket (the "April 11 Order"), hereby request that the
7  Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following
8  documents appearing on the Court's docket in the *In re Thinkfilm, LLC, In re R2D2, LLC,*
9  *In re CT-1 Holdings, LLC, In re CapCo Group, LLC,* and *In re Capitol Films*
10 *Development, LLC* bankruptcy cases:

11    Exhibit 1:  A true and correct copy of the July 23, 2010 Confidentiality Order.

12    Exhibit 2:  A true and correct copy of the February 22, 2011 Order Granting, In
13 Part, Motion to Modify Confidentiality Order re Testimony and Records Provided to
14 Interim Trustee.

15    Federal Rule of Evidence 201(b) authorizes judicial notice of facts that are either
16 "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of
17 accurate and ready determination by resort to sources whose accuracy cannot reasonably
18 be questioned."  Judicial notice is mandatory when requested by a party and the court has
19 been supplied with the necessary information.  Fed. R. Evid. 201(d).

20 DATED: April 11, 2011            Respectfully submitted,

21                                  Vincent J. Marella
22                                  Jennifer S. Chang
                                    BIRD, MARELLA, BOXER, WOLPERT,
23                                    NESSIM, DROOKS & LINCENBERG, P.C.
24

25                                  By:       /s/Jennifer S. Chang
26                                              Jennifer S. Chang
                                    Attorneys for David Bergstein, Sara Bergstein, and
27                                  Graybox, LLC
28

299852.1                            2